~~NOT FOR PUBLIC VIEW~~

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| United States of America<br>v.<br>Alejandro MERINO-Lopez<br><br>*Defendant* | )<br>)  Case No.  25mj2872-KSC<br>)<br>)<br>)<br>) |

**FILED**
JUN 0 2 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Alejandro MERINO-Lopez,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☑ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

Title 8, U.S.C., Section 1326- REMOVED ALIEN FOUND IN THE UNITED STATES
DATE: 5/29/2025
ARRESTED BY: ICE

STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: _____

Date:   05/27/2025                                                                *Issuing officer's signature*

City and state:   San Diego, California                    Karen S. Crawford, United States Magistrate Judge
                                                                                              *Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
                                                                   *Arresting officer's signature*

                                                                   *Printed name and title*